UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
THOMAS JACKSON,                                                  :  20-CV-1092 (BKS) (ATB)
                                                                 :
                Plaintiff,                     :  **STIPULATION OF**
                                                                 :  **VOLUNTARY DISMISSAL**
  - against -                                            :  **PURSUANT TO FED. R. CIV.**
                                                                 :  **P 41(A)(1)(A)(II)**
MICHAEL BERTONE, et al.,                                         :
                                                                 :
                Defendants.                    :
---------------------------------------------------------------- X

To the Clerk of Court and all parties of record:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Thomas Jackson, *pro se*, and Defendants, by and through their counsel, Letitia James, Attorney General of the State of New York, give notice that Plaintiff hereby voluntarily dismisses all claims against Defendants with prejudice and without fees or costs to any party.

Dated: New York, New York  
February 18, 2023

**THOMAS JACKSON**  
*Plaintiff pro se*

By: Thomas Jackson (DIN 12-A-3039)  
Elmira Correctional Facility  
1879 Davis Street  
P.O. Box 500  
Elmira, NY 14901-0500

Dated: New York, New York  
February 27, 2023

**LETITIA JAMES**  
Attorney General of the State of  
*Attorney for Defendant*

By: David T. Cheng  
Assistant Attorney General  
28 Liberty Street, 18th Floor  
New York, New York 10005  
(212) 416-6139  
David.Cheng@ag.ny.gov

IT IS SO ORDERED:

Brenda K. Sannes  
Chief U.S. District Judge

Dated: March 2, 2023  
Syracuse, NY